■ CHARLES CHARLTON, Appellant, v STATE OF NEW YORK, Respondent. [619 NYS2d 977] —Motion for permission to proceed

as poor person denied and appeal dismissed without costs. Memorandum: The appeal was not timely taken *(see,* Court of Claims Act § 25). Present—Green, J. P., Pine, Balio, Davis and Boehm, JJ.